**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WESTRA CONSTRUCTION, INC.,** | : | **CIVIL ACTION NO. 1:03-CV-0833** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATE FIDELITY &** | : | |
| **GUARANTY COMPANY,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 1st day of November, 2005, upon consideration of defendant's motion (Doc. 23) to vacate an arbitration award, and, following a telephone conference with counsel for the parties, it appearing that plaintiff may be challenging defendant's standing in this matter, it is hereby ORDERED that:

1. The pre-trial schedule (Doc. 20) in this case is STAYED pending disposition of the motion (Doc. 23) to vacate an arbitration award.

2. The briefing schedule on the motion (Doc. 23) to vacate an arbitration award is SUSPENDED in anticipation of a motion by plaintiff challenging defendant's standing. Counsel for the parties shall confer regarding the briefing schedule on the issues of standing and promptly communicate a proposed briefing schedule to the court.

3. If plaintiff does not file a motion challenging defendant's standing on or before November 14, 2005, defendant shall be required to file a brief in support of its motion to vacate in accordance with the Local Rules on or before December 2, 2005.

4. A revised pre-trial schedule shall issue by future order of court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge