# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESTRA CONSTRUCTION, INC.,** | : | **CIVIL ACTION NO. 1:03-CV-0833** |
| Plaintiff | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATE FIDELITY &** | : | |
| **GUARANTY COMPANY,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of November, 2005, upon consideration of plaintiff's motion (Doc. 25) to dismiss defendant's pending motion to vacate or modify an arbitration award, it is hereby ORDERED that:

1. Defendant shall file a brief in response to the motion (Doc. 25) on or before December 2, 2005. See L.R. 7.6.

2. Plaintiff shall be permitted to file a brief in reply on or before December 16, 2005. See L.R. 7.7.

　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge